1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Kelly Pinn                           ,

        Plaintiff(s),

   v.

Ethos Technologies Inc. d/b/a l    ,

        Defendant(s).

Case No. 3:23-cv-03869

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

10     I, Jacob U. Ginsburg          , an active member in good standing of the bar of

11 Pennsylvania                          , hereby respectfully apply for admission to practice pro hac

12 vice in the Northern District of California representing: Kelly Pinn                 in the

13 above-entitled action. My local co-counsel in this case is Ryan L. McBride           , an

14 attorney who is a member of the bar of this Court in good standing and who maintains an office

15 within the State of California.  Local co-counsel's bar number is: 297557            .

16

17 30 E Butler Ave, Ambler, PA 19002              301 E. Bethany Home Road, Suite C-195,
    My ADDRESS OF RECORD              LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18 215-540-8888 ext 104              (602) 900-1288
19     My TELEPHONE # OF RECORD              LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

20 jginsburg@creditlaw.com              ryan@kazlg.com
    My EMAIL ADDRESS OF RECORD              LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22     I am an active member in good standing of a United States Court or of the highest court of

23 another State or the District of Columbia, as indicated above; my bar number is: 311908 (PA)    .

24     A true and correct copy of a certificate of good standing or equivalent official document

25 from said bar is attached to this application.

26     I have been granted pro hac vice admission by the Court one     times in the 12 months

27 preceding this application.

28

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: 08/30/2023                                                Jacob U. Ginsburg
                                                                    APPLICANT
5

6

7

8                              ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of Jacob U. Ginsburg             is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated:  August 30, 2023

16

17  _____

18           UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

*United States District Court*
*Northern District of California*



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Jacob Uri Ginsburg, Esq.*

**DATE OF ADMISSION**

*October 24, 2011*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  January 23, 2023**

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk