Ryan L. McBride, Esq. (SBN 297557)
Kazerouni Law Group, APC
301 E. Bethany Home Road, Suite C-195
Phoenix, AZ 85012
(602) 900-1288
ryan@kazlg.com
Attorneys for Plaintiff

Jacob U. Ginsburg, Esq.
Kimmel & Silverman, P.C. (phv)
30 E. Butler Ave.
Ambler, PA 19002
(267 468-5374
jginsburg@creditlaw.com
teamkimmel@creditlaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY PINN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ETHOS TECHNOLOGIES INC. D/B/A ETHOS LIFE INSURANCE SERVICES and JUNAID SYED<br><br>Defendants. | Case No. 3:23-cv-03869<br><br>Hon. Araceli Martinez-Olguin<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE CLERK OF COURT AND THE HONORABLE JUDGE MARTINEZ-OLGUIN:

Plaintiff, Kelly Pinn, hereby files this Notice to advise that this case is voluntarily dismissed with, prejudice as to any and all claims against any and all defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Respectfully submitted,

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq. (phv)
Kimmel & Silverman, P.C.
30 E. Butler Ave.
Ambler, PA 19002
(267 468-5374)
jginsburg@creditlaw.com
teamkimmel@creditlaw.com

Ryan L. McBride, Esq. (SBN 297557)
Kazerouni Law Group, APC
301 E. Bethany Home Road, Suite C-195
Phoenix, AZ 85012
(602) 900-1288
ryan@kazlg.com
Attorneys for Plaintiff

Dated: February 12, 2024

## CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg hereby certify the foregoing has been served on all parties of record via ECF, as well as pro se defendant Junaid Syed, by email at gugal1k@gmail.com and by US Mail at 7879 Kendalia Dr., Houston, Texas 77036 on February 12, 2024.

*/s/ Jacob U. Ginsburg*