1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KELLY PINN,

          Plaintiff,

    v.

ETHOS TECHNOLOGIES INC., et al.,

          Defendants.

Case No.  23-cv-03869-AMO

**ORDER**

Re: Dkt. No. 30

On February 12, 2024, Plaintiff Kelly Pinn filed a Notice of Voluntary Dismissal which dismissed all claims against all defendants.  Pursuant to Federal Rule of Civil Procedure 41, a plaintiff may voluntarily dismiss an action without a court order by, as relevant here, filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).  In light of Plaintiff's dismissal of the entire action, the Court directed the Clerk to close the case on the same day.  The Clerk complied and this case has been closed.  No further action is necessary from any party.

    **IT IS SO ORDERED.**

Dated: February 14, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**